UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | HIMMEL, ROXANE L. | § | Case No. 10-24594 |
|---|---|---|---|
| | | § | |
| | RADICE, ROXANE | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/13/2012 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2012         By:    /s/Glenn R. Heyman
                                       Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HIMMEL, ROXANE L.              § Case No. 10-24594
                                       §
       RADICE, ROXANE                  §
Debtor(s)                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $    26,377.47

*and approved disbursements of*               $     2,010.71

*leaving a balance on hand of* [1]            $    24,366.76

**Balance on hand:**                          $    24,366.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $    0.00
Remaining balance:                       $    24,366.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 3,297.75 | 0.00 | 3,297.75 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 5,440.00 | 0.00 | 5,440.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 105.57 | 0.00 | 105.57 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,219.00 | 0.00 | 1,219.00 |

Total to be paid for chapter 7 administration expenses:   $    10,062.32
Remaining balance:                                        $    14,304.44

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,304.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,304.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,066.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,268.41 | 0.00 | 5,955.37 |
| 2 | American InfoSource LP as agent for Target | 4,564.76 | 0.00 | 2,412.48 |
| 3 | Midland Credit Management, Inc. | 762.28 | 0.00 | 402.87 |
| 4 | Tiffany & Co. | 369.63 | 0.00 | 195.35 |
| 5 | Daniel Radice | 5,000.00 | 0.00 | 2,642.51 |
| 6 | Success National Bank | 259.60 | 0.00 | 137.20 |
| 7 | Chase Bank USA NA | 1,779.49 | 0.00 | 940.46 |
| 8 | ELAN FINANCIAL SERVICES | 531.94 | 0.00 | 281.13 |
| 9 | American InfoSource ,agent forAmerican Honda Finance | 2,529.92 | 0.00 | 1,337.07 |

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 14,304.44 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/GLENN R. HEYMAN
                                    Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-24594-JPC
Roxane L. Himmel                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: choward           Page 1 of 3           Date Rcvd: Aug 09, 2012
                            Form ID: pdf006         Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2012.

```
db        #+Roxane L. Himmel,    7742 N. Sheridan Road, Apt. 1L,    Chicago, IL 60626-1686
15650574   +ABN AMRO Mortgage Group,    2600 West Big Beaver Road,    Troy, MI 48084-3318
15650573    ABN AMRO Mortgage Group,    Po Box 79022 Ms322,    St Louis, OH 63179
15650576   +Addison Radiology Associates,    5645 W. Addison Street,    Chicago, IL 60634-4403
15650579   +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
15650580   +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
15650583   +Arnold Scott Harris P.C.,    222 Merchandise Mart Plaza, Ste1932,    P.O. Box 5625,
             Chicago, IL 60680-5625
15650584    Banfield, The Pet Hospital,    8000 NE Tillamook,    P.O. Box 13998,    Portland, OR 97213-0998
15650586    BankFinancial,    Mail Processing Center,    6415 W. 95th Street,    Chicago Ridge, IL 60415-2600
15650587   +Bankfinancial, Fsb,    15w060 North Frontage Road,    Burr Ridge, IL 60527-6928
15650589   +Blatt, Hasenmiller,Leibsker, Moore,    125 S. Wacker Drive,,    Ste 400,    Chicago, IL 60606-4440
15650588   +Blatt, Hasenmiller,Leibsker, Moore,    ATTN: 2221017,    125 S. Wacker Drive, Ste 400,
             Chicago, IL 60606-4440
15650590  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
           (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
15650591    CBE Group, Inc.,    Payment Processing Center,    P.O. Box 2038,    Waterloo, IA 50704-2038
15650592    Cellular One,    P.O.Box 0203,    Palatine, IL 60055-0203
17706219    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15650594   +Chase-pier1,    Po Box 15298,    Wilmington, DE 19850-5298
15650593   +Chase-pier1,    Attn: Recovery,    Po Box 15298,    Wilmington, DE 19850-5298
15650595   +Chicago - Dept. of Revenue,    121 N. LaSalle Street,    Room 107,    Chicago, IL 60602-1232
15650596    City of Chicago,    Department of Revenue,    P.O. Box 88292,    Chicago, IL 60680-1292
18055326   +Daniel Radice,    257 Oxford Lane,    Bloomingdale, IL 60108-1958
15650601   +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5399
15650602    Guthy-Renker,    P.O. Box 11448,    Des Moines, IA 50336-1448
15650605    Law Offices of James A. West, P.C.,    6380 Roderdale Road, Ste 130,    Houston, TX 77072-1647
15650607   +Medical Imaging of Northbrook Court,    520 E. 22nd Street,    Lombard, IL 60148-6110
15650609   +Mr. David Baum,    1800 N. Ridge Ave,    Evanston, IL 60201-3696
15650610   +Ms. Sara Faulkner,    Chase BAnk USA, N.A.,    131 S. Dearborn Street, 5th Flr.,
             Chicago, IL 60603-5571
15650611    National Recovery Center,    American Honda Finance Corp.,    P.O. Box 1666469,
             Irving, TX 75016-6469
15650612   +Northshore University Health,    9532 Eagle Way,    Chicago, IL 60678-1095
15650613   +Northshore University Healthsystem,    Faculty Practice Associates,    9532 Eagle Way,
             Chicago, IL 60678-1095
15650614   +Quest Diagnostics,    P.O. Box 64804,    Baltimore, MD 21264-4804
15650616   +Secretary of State,    Driver Services Department,    2701 S. Dirksen Parkway,
             Springfield, IL 62723-1000
15650615   +Secretary of State,    Driver Services Department,    17 North State Street, Ste 1100,
             Chicago, IL 60602-3561
15650617   +Success National Bank,    15w060 North Front,    Burr Ridge, IL 60527-6928
15650620   +TNB Visa,    Po Box 560284,    Dallas, TX 75356-0284
15650618   +Tiffany & Co.,    P.O. Box 6150,    Parsippany, NJ 07054-7150
15650621   +Tnb-visa,    Po Box 673,    Minneapolis, MN 55440-0673
15650622   +Transworld Systems, Inc.,    1375 East Woodfield Road, Ste 110,    Schaumburg, IL 60173-5423
17900140  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
           (address filed with court: ELAN FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,    POB 5229,
             CINCINNATI, OH 45201-5229)
15650623   +Van Ru Credit Corporation,    1350 E. Touhy Ave, Ste 100E,    Des Plaines, IL 60018-3337
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15650577   +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Aug 10 2012 00:49:21      AMCA,
             2269 S. Saw Mill River Road, Bldg 3,    Elmsford, NY 10523-3848
15650578   +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Aug 10 2012 00:49:21      AMCA Collection Agency,
             2269 South Saw Mill River Road,    Bldg 3,    Elmsford, NY 10523-3848
15650582    E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 10 2012 00:50:05      American Honda Finance,
             2170 Point Blvd,    Elgin, IL 60123
15650581    E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 10 2012 00:50:05      American Honda Finance,
             Po Box 168088,    Irving, TX 75016
15650575   +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2012 03:02:37      Abt Tv/gemb,    Po Box 981439,
             El Paso, TX 79998-1439
17929213    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2012 03:10:54
             American InfoSource LP as agent for,    American Honda Finance,    PO Box 248838,
             Oklahoma City, OK  73124-8838
17630214    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2012 03:00:46
             American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
15650599    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 10 2012 03:02:22      Discover Fin,    Po Box15316,
             Wilmington, DE 19850
17626099    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 10 2012 03:02:22      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
15650598   +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 10 2012 03:02:22      Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0752-1          User: choward              Page 2 of 3              Date Rcvd: Aug 09, 2012
                              Form ID: pdf006            Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15650604      +E-mail/Text: Bankruptcy@icsystem.com Aug 10 2012 00:53:45      I C System Inc,   Po Box 64378,
               Saint Paul, MN 55164-0378
15650606      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2012 00:49:22      MCM,   Dept. 12421,   P.O. Box 603,
               Oaks, PA 19456-0603
15650608       Fax: 847-227-2151 Aug 10 2012 02:20:38      Medical Recovery Specialist,
               2250 E. Devon Ave, Ste 352,   Des Plaines, IL 60018-4519
17642562      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2012 00:49:22      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
15650619       E-mail/Text: BKNotice@tiffany.com Aug 10 2012 00:51:37      Tiffany & Co.,   P.O. Box 1728,
               Memphis, TN 38101-1728
15650625      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 10 2012 02:01:08      Verizon,
               1515 Woodfield Rd Ste140,   Schaumburg, IL 60173-6046
15650624      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 10 2012 03:00:47      Verizon,   Po Box 3397,
               Bloomington, IL 61702-3397
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15650600*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Elan,   P.O. Box 790084,   Saint Louis, MO 63179-0084)
15650585    ##+Bank Of America,   Po Box 15026,   Wilmington, DE 19850-5026
15650597    ##+Credit Solutions,   2370 Performance Drive, Bldg D,   Richardson, TX 75082-4333
15650603    ##+HSBC - Saks,   Pob 15521,   Wilmington, DE 19850-5521
                                                                                   TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2012**              **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: choward              Page 3 of 3                  Date Rcvd: Aug 09, 2012
                              Form ID: pdf006           Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2012 at the address(es) listed below:

          Glenn R Heyman    on behalf of Trustee Glenn Heyman gheyman@craneheyman.com,
           slydon@craneheyman.com;ecrane@craneheyman.com
          Glenn R Heyman    gheyman@craneheyman.com,
           il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          Mark  Moreno    on behalf of Debtor Roxane Himmel mark@moreno-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                           TOTAL: 4