**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HIMMEL, ROXANE L.                    § Case No. 10-24594
                                            §
       RADICE, ROXANE                       §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,700.00                    Assets Exempt: $6,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,358.20    Claims Discharged
                                               Without Payment: $25,581.83

Total Expenses of Administration: $11,173.03

---

   3) Total gross receipts of $ 26,431.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 900.00 (see **Exhibit 2**), yielded net receipts of $25,531.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,173.03 | 11,173.03 | 11,173.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,166.94 | 27,066.03 | 27,066.03 | 14,358.20 |
| **TOTAL DISBURSEMENTS** | $53,166.94 | $38,239.06 | $38,239.06 | $25,531.23 |

    4)  This case was originally filed under Chapter 7 on May 28, 2010. The case was pending for 30 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2012        By: /s/GLENN R. HEYMAN
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/5th Interest in Land Trust* Trust Number OP-01 | 1129-000 | 26,377.00 |
| IL Tax Refund | 1224-000 | 53.76 |
| Interest Income | 1270-000 | 0.47 |
| **TOTAL GROSS RECEIPTS** | | **$26,431.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Roxane L. Himmel | Exemption for interest in Land Trust | 8100-002 | 900.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$900.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 3,297.75 | 3,297.75 | 3,297.75 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 5,440.00 | 5,440.00 | 5,440.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 105.57 | 105.57 | 105.57 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UTC | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Popowcer Katten, Ltd. | 3410-000 | N/A | | 1,219.00 | 1,219.00 | 1,219.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 52.78 | 52.78 | 52.78 |
| The Bank of New York Mellon | 2600-000 | N/A | | 55.52 | 55.52 | 55.52 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 40.16 | 40.16 | 40.16 |
| The Bank of New York Mellon | 2600-000 | N/A | | 50.19 | 50.19 | 50.19 |
| The Bank of New York Mellon | 2600-000 | N/A | | 51.74 | 51.74 | 51.74 |
| The Bank of New York Mellon | 2600-000 | N/A | | 49.92 | 49.92 | 49.92 |
| Illinois Department of Revenue | 2820-000 | N/A | | 729.00 | 729.00 | 729.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 56.40 | 56.40 | 56.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $11,173.03 | $11,173.03 | $11,173.03 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 11,268.00 | 11,268.41 | 11,268.41 | 5,977.76 |
| 2 | American InfoSource LP as agent for Target | 7100-000 | 4,564.00 | 4,564.76 | 4,564.76 | 2,421.55 |
| 3 | Midland Credit Management, Inc. | 7100-000 | N/A | 762.28 | 762.28 | 404.38 |
| 4 | Tiffany & Co. | 7100-000 | 300.00 | 369.63 | 369.63 | 196.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Daniel Radice | 7100-000 | 5,000.00 | 5,000.00 | 5,000.00 | 2,652.44 |
| 6 | Success National Bank | 7100-000 | unknown | 259.60 | 259.60 | 137.71 |
| 7 | Chase Bank USA NA | 7100-000 | 1,779.00 | 1,779.49 | 1,779.49 | 944.00 |
| 8 | ELAN FINANCIAL SERVICES | 7100-000 | 531.94 | 531.94 | 531.94 | 282.19 |
| 9 | American InfoSource ,agent forAmerican Honda Finance | 7100-000 | 16,850.00 | 2,529.92 | 2,529.92 | 1,342.09 |
| NOTFILED | Medical Imaging of Northbrook Court | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | I C System, Inc. | 7100-000 | 314.00 | N/A | N/A | 0.00 |
| NOTFILED | Guthy-Renker | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBS-Saks | 7100-000 | 3,276.00 | N/A | N/A | 0.00 |
| NOTFILED | BankFinancial FSB | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 2,393.00 | N/A | N/A | 0.00 |
| NOTFILED | Cellular One | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Secretary of State Driver Services Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Northshore University | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | BankFinancial | 7100-000 | 142.00 | N/A | N/A | 0.00 |
| NOTFILED | Northshore University | 7100-000 | 319.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chicago Dept. of Revenue | 7100-000 | 2,178.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AMCA | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | Addison Radiology | 7100-000 | 488.00 | N/A | N/A | 0.00 |
| NOTFILED | ABN AMRO Mortgage Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ABT TV/GEMB | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,166.94 | $27,066.03 | $27,066.03 | $14,358.20 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-24594  
**Case Name:** HIMMEL, ROXANE L.  

**Period Ending:** 11/30/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 05/28/10 (f)  
**§341(a) Meeting Date:** 08/03/10  
**Claims Bar Date:** 10/31/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Checking Account with TCF bank. Account Ending:<br>  Orig. Asset Memo: Orig. Description: Checking Account with TCF bank. Account Ending: 5232 Location: 800 Burr Ridge Parkway, Burr Ridge, IL 60527-6486; Imported from original petition Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 2  Misc. pots /pans and dishware, computer, bedding<br>  Orig. Asset Memo: Orig. Description: Misc. pots /pans and dishware, computer, bedding, desk, dresser, 2 end tables. Items is storage at: Simply Self Storage 7524 N. Paulina St, Chicago, IL 60626; Imported from original petition Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 3  Family photos, misc. books (no collectibles).<br>  Orig. Asset Memo: Orig. Description: Family photos, misc. books (no collectibles).; Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4  Misc. personal wearing apparel.<br>  Orig. Asset Memo: Orig. Description: Misc. personal wearing apparel. Location: 7742 N. Sheridan Road, Apt., 1L, Chicago IL 60626; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5  Costume jewelry.<br>  Orig. Asset Memo: Orig. Description: Costume jewelry.; Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6  Golf clubs.<br>  Orig. Asset Memo: Orig. Description: Golf clubs. Location: 7742 N. Sheridan Road, Apt., 1L, Chicago IL 60626; Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7  Set of golf clubs.<br>  Orig. Asset Memo: Orig. Description: Set of golf clubs.; Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8  1/5th Interest in Land Trust* Trust Number OP-01<br>  Orig. Asset Memo: Orig. Description: 1/5th Interest in Land Trust* Trust Number OP-012092 Location: Chicago Title Land Trust, Company, 1100 Lake Street, Ste 165, Oak Park,, IL 60301, Present value of trust | Unknown | 49,100.00 | | 26,377.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 10-24594 | | Trustee: | (330360) GLENN R. HEYMAN |
| Case Name: | HIMMEL, ROXANE L. | | Filed (f) or Converted (c): | 05/28/10 (f) |
| | | | §341(a) Meeting Date: | 08/03/10 |
| Period Ending: | 11/30/12 | | Claims Bar Date: | 10/31/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | cannot be, ascertained as trustee has resisted, sharing trust information with the, debtor.; Imported from original petition Doc# 1 | | | | | |
| 9 | Potential Cause of Action vs.Craig Radice<br>    Orig. Asset Memo: Orig. Description: Debtor has a potential cause of action against her brother, Craig Radice, regarding the management of the trust of which she is a beneficiary.; Imported from original petition Doc# 1 | Unknown | 1.00 | DA | 0.00 | FA |
| 10 | 1994 Hyundai Elantra Mileage: Approximately 57,0<br>    Orig. Asset Memo: Orig. Description: 1994 Hyundai Elantra Mileage: Approximately 57,000. Location: 7742 N. Sheridan Road, Apt., 1L, Chicago IL 60626; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Safe Deposit Box #250 with Bank Financial Locate<br>    Orig. Asset Memo: Orig. Description: Safe Deposit Box #250 with Bank Financial Located in Lincolnwood, IL contains personal memorablia - photos and such from mother and grandmother.; Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | IL Tax Refund  (u)  (See Footnote) | Unknown | Unknown | | 53.76 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.47 | FA |
| 13 | Assets    Totals (Excluding unknown values) | $3,700.00 | $49,101.00 | | $26,431.23 | $0.00 |

RE PROP# 12    Refund for 2011 estate returns

**Major Activities Affecting Case Closing:**

    12/30/2011: Settlement reached and approved for RTI of interest in apartment building.  Will have taxes prepared.
    08/14/12: Final Hg set for 09/13 at 9:30am in front of J-Cox. (dk)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-24594  
**Case Name:** HIMMEL, ROXANE L.  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 05/28/10 (f)  
**§341(a) Meeting Date:** 08/03/10  

**Period Ending:** 11/30/12  
**Claims Bar Date:** 10/31/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012   **Current Projected Date Of Final Report (TFR):**   June 25, 2012  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-24594
**Case Name:** HIMMEL, ROXANE L.

**Taxpayer ID #:** **-***3114
**Period Ending:** 11/30/12

**Trustee:** GLENN R. HEYMAN (330360)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******55-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | {8} | Daniel Radice | Settlement on Ttees 1/5 interest in rental income from land trust | 1129-000 | 1,377.00 | | 1,377.00 |
| 11/22/11 | {8} | Daniel Radice | Settlement on Ttees 1/5 interest in land trust | 1129-000 | 25,000.00 | | 26,377.00 |
| 11/23/11 | 1001 | Roxane L. Himmel | Exemption for interest in Land Trust | 8100-002 | | 900.00 | 25,477.00 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 25,477.05 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 25,452.05 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,452.26 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.78 | 25,399.48 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,399.69 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.52 | 25,344.17 |
| 02/14/12 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-24594, Blanket Bond Payment Bond#016026455 | 2300-000 | | 40.16 | 25,304.01 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.19 | 25,253.82 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.74 | 25,202.08 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.92 | 25,152.16 |
| 05/17/12 | 1003 | Illinois Department of Revenue | 2001 IL-1041-V; FEIN#38-6973114 | 2820-000 | | 729.00 | 24,423.16 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.40 | 24,366.76 |
| 08/20/12 | {12} | Treasurer of the State of Illinois | IL State Tax Refund from 2011 estate returns | 1224-000 | 53.76 | | 24,420.52 |
| 09/13/12 | 1004 | GLENN R. HEYMAN | Dividend paid 100.00% on $3,297.75, Trustee Compensation; Reference: | 2100-000 | | 3,297.75 | 21,122.77 |
| 09/13/12 | 1005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $5,440.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,440.00 | 15,682.77 |
| 09/13/12 | 1006 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $105.57, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 105.57 | 15,577.20 |
| 09/13/12 | 1007 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,219.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,219.00 | 14,358.20 |
| 09/13/12 | 1008 | Discover Bank | Dividend paid 53.04% on $11,268.41; Claim# 1; Filed: $11,268.41; Reference: | 7100-000 | | 5,977.76 | 8,380.44 |
| 09/13/12 | 1009 | American InfoSource LP as agent for Target | Dividend paid 53.04% on $4,564.76; Claim# 2; Filed: $4,564.76; Reference: | 7100-000 | | 2,421.55 | 5,958.89 |
| 09/13/12 | 1010 | Midland Credit Management, Inc. | Dividend paid 53.04% on $762.28; Claim# 3; Filed: $762.28; Reference: | 7100-000 | | 404.38 | 5,554.51 |
| 09/13/12 | 1011 | Tiffany & Co. | Dividend paid 53.04% on $369.63; Claim# 4; Filed: $369.63; Reference: | 7100-000 | | 196.08 | 5,358.43 |

Subtotals :  $26,431.23   $21,072.80

{} Asset reference(s)

Printed: 11/30/2012 02:19 PM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-24594
**Case Name:** HIMMEL, ROXANE L.

**Taxpayer ID #:** **-***3114
**Period Ending:** 11/30/12

**Trustee:** GLENN R. HEYMAN (330360)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******55-65 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/12 | 1012 | Daniel Radice | Dividend paid 53.04% on $5,000.00; Claim# 5; Filed: $5,000.00; Reference: | 7100-000 | | 2,652.44 | 2,705.99 |
| 09/13/12 | 1013 | Success National Bank | Dividend paid 53.04% on $259.60; Claim# 6; Filed: $259.60; Reference: | 7100-000 | | 137.71 | 2,568.28 |
| 09/13/12 | 1014 | Chase Bank USA NA | Dividend paid 53.04% on $1,779.49; Claim# 7; Filed: $1,779.49; Reference: | 7100-000 | | 944.00 | 1,624.28 |
| 09/13/12 | 1015 | ELAN FINANCIAL SERVICES | Dividend paid 53.04% on $531.94; Claim# 8; Filed: $531.94; Reference: | 7100-000 | | 282.19 | 1,342.09 |
| 09/13/12 | 1016 | American InfoSource ,agent forAmerican Honda Finance | Dividend paid 53.04% on $2,529.92; Claim# 9; Filed: $2,529.92; Reference: | 7100-000 | | 1,342.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 26,431.23 | 26,431.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 26,431.23 | 26,431.23 | |
| | | | Less: Payments to Debtors | | | 900.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,431.23** | **$25,531.23** | |

Net Receipts : 26,431.23
Less Payments to Debtor : 900.00
Net Estate : $25,531.23

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******55-65** | 26,431.23 | 25,531.23 | 0.00 |
| | $26,431.23 | $25,531.23 | $0.00 |

{} Asset reference(s)